**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**MARK STINSON**  **PETITIONER**
**Reg. #29908-076**

v.  Case No. 2:19-cv-00016 BSM

**DEWAYNE HENDRIX, Warden,**
**FCI FORREST CITY**  **RESPONDENT**

## ORDER

The proposed findings and recommendations ("recommendation") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 19] has been received. After *de novo* review of the record, the recommendation is adopted, and the petition is dismissed without prejudice.

IT IS SO ORDERED this 28th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE